**Burt Sherman WILLIAMS, Plaintiff–Appellant,**

v.

**Mark R. WARNER, Governor, Commonwealth of Virginia; Workers' Compensation Commission; Jerry W. Kilgore, Attorney General; C. Ray Davenport, Commissioner Labor and Industry, Defendants–Appellees.**

**No. 03–1372.**

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 20, 2003.

Burt Sherman Williams, Appellant Pro Se. Elaine Scott Moore, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Burt Sherman Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Warner*, No. CA–02–149–4 (E.D.Va. Feb. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*